# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 7 WAL 2019
DEPARTMENT OF TRANSPORTATION,   :
BUREAU OF DRIVER LICENSING,   :
  :   Petition for Allowance of Appeal
           Petitioner   :   from the Order of the
  :   Commonwealth Court
  :
     v.   :
  :
  :
QUINN TAYLOR,   :
  :
           Respondent   :
  :
.   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.